**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
Case No. 6:23-cv-00612-RBD-LHP

| | |
|---|---|
| **SECURE MI VOTE COMMITTEE, LIBERTY INITIATIVE FUND**,<br><br>Plaintiffs,<br>v.<br><br>**LET THE VOTERS DECIDE, LLC**,<br><br>Defendant. | **JOINT NOTICE OF SETTLEMENT PURSUANT TO LOCAL RULE 3.09** |

Pursuant to Local Rule 3.09, the parties hereby notify the Court that they have reached an agreement to settle this case, which they are working on reducing to writing.

Dated: September 11, 2023

Respectfully submitted,

/s/ Jonathan M. Shaw
DHILLON LAW GROUP INC.
A CALIFORNIA PROFESSIONAL CORPORATION

MATHEW S. SARELSON
JACOB WILLIAM ROTH
1601 Forum Place, Suite 403
West Palm Beach, FL 33401
415.433.1700
MSarelson@dhillonlaw.com
JRoth@dhillonlaw.com

JONATHAN M. SHAW
*pro hac vice*
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
703.748.2266

JShaw@dhillonlaw.com

MICHAEL A. COLUMBO
*pro hac vice*
177 Post St., Suite 700
San Francisco, CA 94108
415.433.1700
MColumbo@dhillonlaw.com

JOSIAH CONTARINO
*pro hac vice*
50 Park Place, Suite 1105
Newark, NJ 07102
917.423.7221
jcontarino@dhillonlaw.com

*Attorneys for Plaintiffs*

/s/ William N. Shepherd________
William N. Shepherd
Jeffrey Schacknow
HOLLAND & KNIGHT LLP
777 South Flagler Drive
Suite 1900, West Tower
West Palm Beach, FL 33401
(561) 650-8338
William.shepherd@hklaw.com
Jeffrey.schacknow@hklaw.com

David C. Kully (*pro hac vice*)
Anna Hayes
HOLLAND & KNIGHT LLP
800 17th St. NW; Suite 1100
Washington, DC 20006
(202) 469-5415
David.kully@khklaw.com
Anna.hayes@hklaw.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record in this action.

/s Jonathan M. Shaw

*Counsel for plaintiffs.*